IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL LYNN MERRIVAL JR.,

Plaintiff,

vs.

JEREMY      PEPIN,      M.D.;     and
MATTHEW PEPIN,

Defendants.

8:24CV361

MEMORANDUM AND ORDER

On November 6, 2024, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document. Plaintiff's pending motion for leave to proceed in forma pauperis, Filing No. 2, is denied as moot.

Dated this 10th day of February, 2025.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Senior United States District Judge