IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL LYNN MERRIVAL, JR.,

Plaintiff,

vs.

JEREMY PEPIN, M.D.; and
MATTHEW PEPIN,

Defendants.

8:24CV361

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Copies, Filing No. 16. Plaintiff seeks free copies of the original Complaint he filed in this case and copies of the Memorandum and Order the Court mailed. Filing No. 1 at 1. The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. *See* 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir. 1973)).

Plaintiff's Motion will be denied. The Clerk of Court attempted to mail Plaintiff a copy of the Court's Memorandum and Order, Filing No. 11, and Judgment, Filing No. 12, in this case on four separate occasions. *See* Filing Nos. 17, 18, 19, & 20. On each occasion, the Clerk of Court mailed Plaintiff at the address he listed in his Motion for Copies, and on each occasion, the mail was returned undeliverable. If Plaintiff requires copies of court documents, he should contact the Clerk of the Court's office to update his address and to determine the proper method for requesting and paying for copies. *See*

NEGenR 1.2(d) ("Before providing a service, the clerk requires prepayment of all collectible fees prescribed by statute or the Judicial Conference of the United States."); *see also* 28 U.S.C. § 1914 & Judicial Conference Schedule of Fees (fee "[f]or reproducing any record and providing a copy in paper form, $.50 per page").

IT IS THEREFORE ORDERED that

1. Plaintiff's Motion for Copies, Filing No. 16, is denied.

2. The Clerk of Court is directed to mail a copy of this Memorandum and Order to Plaintiff at his last known address.

Dated this 1st day of May, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge